UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | No. H-12-CR-168 |
| DARREN CHAKER | |

*Motion to Approve Jury Waiver*

Judge Atlas:

Mr. Chaker has waived a jury trial in writing, and the Government has consented. Please approve the waiver and permit the parties to try this matter to the Court. Fed. R. Crim. Proc. 23.

A copy of the executed waiver is attached.

**Certificate of Service**

A copy of this Motion will be delivered to the lawyers for the Government by ECF.

Thank you,

Mark Bennett
SBN 00792970
Bennett & Bennett
735 Oxford Street
Houston, Texas 77007
713.224.1747