United States District Court
Southern District of Texas
**ENTERED**
October 03, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal No.   H-12-0168 |
| | § | Civil No.   H-17-1879 |
| v. | § | |
| | § | Fifth Circuit Appeal No. 18-20785 |
| | § | |
| DARREN D. CHAKER | § | |

## ORDER

In this proceeding under 28 U.S.C. § 2255, the Court entered a Final Dismissal Order [Doc. # 415] on October 25, 2018.  Petitioner/Defendant Darren D. Chaker filed an appeal, which the appellate court dismissed for want of prosecution on July 17, 2019 [Doc. # 430].   Defendant now has filed an "Application to File Motion to Seal Records and Declaration in Support of Motion to Seal Records Under Seal" [Doc. # 431].   He also filed a sealed document [Doc. # 432] with nearly 100 pages of records, mostly pertaining to previous proceedings involving Defendant in other courts.

This Court has dismissed Defendant's petition under § 2255 and his appeal has concluded.   Defendant has no case or controversy pending before the Court.   It is therefore

1

**ORDERED** that Defendant's "Application to File Motion to Seal Records and Declaration in Support of Motion to Seal Records Under Seal" [Doc. # 431] is **DENIED as moot**.   It is further

**ORDERED** that the sealed document [Doc. # 432] is **STRICKEN** from the Court's record.   The Clerk is **INSTRUCTED** to return the original to Defendant by Federal Express.

SIGNED at Houston, Texas, this 3rd day of **October, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE