United States District Court
Southern District of Texas
**ENTERED**
January 27, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Criminal No. H-12-0168 |
| § | Civil No. H-17-1879 |
| v. § | |
| § | Fifth Circuit Appeal No. 18-20785 |
| § | |
| DARREN D. CHAKER § | |

## ORDER

In this proceeding under 28 U.S.C. § 2255, the Court entered a Final Dismissal Order [Doc. # 415] on October 25, 2018. Petitioner/Defendant Darren D. Chaker filed an appeal, which the appellate court dismissed for want of prosecution on July 17, 2019 [Doc. # 430]. Defendant now has filed an "Motion for the Court to File and Rule on Motion to Seal Records" [Doc. # 435]. He attaches over 100 pages of records.

Defendant's request for the Court to rule on his prior motion to seal records is moot because the Court's order, dated October 3, 2019, denied the relief he seeks. *See* Doc. # 433 (denying the relief sought in Doc. # 431). Defendant's request for the Court to seal his records is also moot because, as stated in the Court's prior order, his case and appeal have concluded. Defendant has no case or controversy pending before the Court. It is therefore

**ORDERED** that Defendant's "Motion for the Court to File and Rule on Motion to Seal Records" [Doc. # 435] is **DENIED as moot**. It is further

**ORDERED** that the sealed document [Doc. # 435-1] is **STRICKEN** from the Court's record. The Clerk is **INSTRUCTED** to return the original to Defendant by Federal Express.

SIGNED at Houston, Texas, this 27th day of **January, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE